UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60738-CIV-SEITZ/O'SULLIVAN

PHILISTIN PIERRE,
and other similarly situated,
    Plaintiff,
v.
OCEANSIDE LANDSCAPING SERVICES,
INC. et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised by the plaintiff's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that the Settlement Conference set for September 10, 2008 before the undersigned is CANCELLED. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, September 10, 2008**, at **10:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE and ORDERED** in chambers at Miami, Florida this **8th** day of September, 2008.

                                                                                                      JOHN J. O'SULLIVAN
                                                                                                       UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record