UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60738-CIV-SEITZ/O'SULLIVAN

PHILISTIN PIERRE,
and other similarly situated,

    Plaintiff,

v.

OCEANSIDE LANDSCAPING SERVICES,
INC. et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER came before the Court following a fairness hearing.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a <u>bona fide</u> dispute over FLSA provisions, as evidenced by the claims alleged and defenses alleged in the pleadings. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' <u>bona fide</u> disputes.  Accordingly, it is

ORDERED AND ADJUDGED that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby **APPROVED**. It is further

ORDERED AND ADJUDGED that by **Wednesday, September 17, 2008**, the parties shall file the appropriate settlement documentation with the Court. The failure to comply with this Order may result in the dismissal of this matter with prejudice.

DONE AND ORDERED, in Chambers, at Miami, Florida this **10th** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE


Copies provided to:

United States District Judge Seitz
All Counsel on Record